**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

CATHY SMUTNEY,

        Plaintiff,

-vs-                                                 Case No.  2:10-cv-787-FtM-36SPC

AMERICAN EAGLE AIRLINES,

        Defendant.

_____

## ORDER

      This matter comes before the Court on the Defendant, American Eagle Airlines' Unopposed Motion to Conduct Case Management Conference Telephonically (Doc. #15) filed on July 21, 2011. The Defendant's Counsel requests permission to appear via telephone at the meeting to prepare the Case Management and Scheduling Order because she is located in Miami, Florida and the travel to Fort Myers would be expensive and time consuming.  Pursuant to M.D. Fla. Local Rule 3.01(g), Counsel for the parties have conferred and agree to the relief requested.  As the use of telephonic hearings and conference is encouraged, the Court will grant the motion.

      Accordingly, it is now **ORDERED:**

      The Defendant, American Eagle Airlines' Unopposed Motion to Conduct Case Management Conference Telephonically (Doc. #15) is **GRANTED**.

      **DONE AND ORDERED** at Fort Myers, Florida, this   25th   day of July, 2011.

                                                        SHERI POLSTER CHAPPELL
                                                        UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record