UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CATHY SMUTNEY,

         Plaintiff,

v.                                                             Case No:   2:10-cv-787-FtM-29CM

AMERICAN EAGLE AIRLINES,

         Defendant.

_____

## ORDER

      This matter comes before the Court upon review of Plaintiff Cathy Smutney's Motion for Extension of Time to Secure Counsel (Doc. #32) filed on February 3, 2014. Defendant's Response to Plaintiff's Motion for Extension of Time to Secure Counsel (Doc. #33) was filed on February 18, 2014.

      Plaintiff files the Motion *pro se*, requesting a sixty-day extension of time to obtain counsel.   On January 17, 2014, the Court permitted Ms. Smutney's counsel to withdraw from this case and allowed Plaintiff twenty-one days to obtain new counsel or notify the Court that she would be proceeding *pro se* (Doc. #30).   Ms. Smutney indicates in the instant Motion that she has been unable to secure counsel to date but is actively seeking to obtain counsel to represent her in this matter.   The Court notes that Plaintiff failed to comply with Middle District of Florida Local Rule 3.01(g) and certify in her Motion that she conferred with opposing counsel prior to filing to determine whether the request was opposed or unopposed.   Nevertheless, Defendant indicates in its response that it has no objection to the relief sought.

Since the motion is unopposed and good cause has been shown, the Court will grant the request in this instance.   In the future, however, Plaintiff must confer with opposing counsel prior to filing any motions with the Court,[1] in compliance with Middle District of Florida Local Rule 3.01(g), and state in the motion whether the relief requested is opposed or unopposed by counsel for the other parties.[2]

ACCORDINGLY, it is hereby

**ORDERED:**

Plaintiff Cathy Smutney's Motion for Extension of Time to Secure Counsel (Doc. #32) is **GRANTED**.   Plaintiff shall have up to and including **April 18, 2014**, either to: (1) retain new counsel and have her counsel file a notice of appearance, or (2) notify the Court that she is proceeding *pro se*, without the benefit of counsel.

**DONE** and **ORDERED** in Fort Myers, Florida on this 18th day of February, 2014.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record
Unrepresented parties

---

[1] Except for the enumerated motions in Rule 3.01(g).

[2] The Plaintiff is informed even though she is currently proceeding *pro se*, it is mandatory that she proceed in accordance with Federal and Local Rules.   *Loren v Sasser*, 309 F.3d 1296, 1304 (11th Cir. 2002) (noting that despite certain leniency afforded *pro se* parties, they must follow procedures).   Failure to do so could result in the denial of any motions or requests for relief from the Court.   The Court's Local Rules may be found at www.flmd.uscourts.gov.

- 2 -